| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-CR-149-01-SM |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 06-10357 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Gregg Housh<br>247 Washington Street, #3<br>Winchester, MA 01890 | DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Steven McAuliffe | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/4/06 — TO 4/3/08 |

**OFFENSE**

Ct. I:   Conspiracy to Violate Copyright Laws, in violation of 18 U.S.C. §§ 371 and 2139(b)(1) and 17 U.S.C. § 506(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____28, 2006                    _____
Date                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Nov. 3, 2002                                        _____
Effective Date                                       United States District Judge