AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Gregg Housh<br>53 Cedar St. #3311<br>Woburn, MA 01801<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: 06-CR-10357-PBS |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>One Courthouse Way<br>Boston, Massachusetts | Room<br>Courtroom # 19, 7th Floor |
|---|---|
| Before: The Honorable Patti B. Saris, U.S.D.J. | Date and Time<br>April 28, 2008 at 2:00 p.m. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint X Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __3606__

Brief description of offense:

Violation of Conditions of Supervised Release.

_____
Signature of Issuing Officer

April 3, 2008
Date

/s/ Robert C. Alba, Deputy Clerk
Name and Title of Issuing Officer